Case 2:24-cr-00008-TOR    ECF No. 81    filed 04/29/25    PageID.242    Page 1 of 2

PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

U.S.A. vs. Baker, Kaydee Jean    Docket No.    0980 2:24CR00008-TOR-1

## Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kaydee Jean Baker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 11th day of April 2024 under the following conditions:

**General Condition #2:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**General Condition #3:** Defendant shall reside at an address approved by Pretrial Services and advise the Court, defense counsel and the U.S. Attorney in writing at least twenty-four hours before making any change in address, phone number, or employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 18, 2024, Ms. Baker commenced pretrial supervision in the Western District of Washington. Conditions of pretrial supervision were reviewed with Ms. Baker on April 30, 2024. Ms. Baker acknowledged an understanding of her requirements while on pretrial supervision.

**Violation #1:** Ms. Baker is alleged to be in violation of her conditions of release by failing to make contact with her assigned probation officer in the Western District of Washington, since November 20, 2024.

On November 20, 2024, this officer received an email from Ms. Baker's assigned probation officer in the Western District of Washington, advising the following: "I went out to Ms. Baker's listed address today to try and get a home contact. Ed (Ms. Baker's ex-husband) let me know that she hadn't been there in about a week. He then pointed to his shop that was half burned down and said, 'that happened the same night she left.' I have attempted to call the last known phone number, but there was no answer, left a message to call me ASAP, and sent an email." This officer suggested we wait until Monday, November 25, 2024, to see if Ms. Baker made contact.

On November 25, 2024, this officer contacted Ms. Baker's assigned probation officer. Per the probation officer, Ms. Baker has not made contact with her. According to the assigned probation officer, during the attempted home contact on November 20, 2024, Ms. Baker's ex-husband did not have an updated cellular telephone number as he stated it is "always changing."

On November 25, 2024, this officer called and sent a text message to Ms. Baker's last known cellular telephone number directing her to contact her probation officer in the Western District of Washington. As of the submission of this report, Ms. Baker's whereabouts is unknown.

**Violation #2:** Ms. Baker is alleged to be in violation of her conditions of release by failing to report a change of address to her assigned probation officer in the Western District of Washington, since November 20, 2024.

See violation number 2.

PS-8

Re: Baker, Kaydee Jean
November 25, 2024
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   November 25, 2024

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

November 26, 2024
Date